UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


COMMUNIQUE SALES REALTY, LLC, a
Colorado limited liability corporation, ,

                Plaintiff,

-vs-                                                      Case No.  2:10-cv-318-FtM-36SPC

CONCORD WILSHIRE REALTY, LLC, a Georgia
limited liability corporation also known as Concord
Wilshire Management, LLC, SAAED SIRANG, an
individual also known as Steve Sirang, WILSHIRE
CAPITAL HOLDINGS, LLC,  a California limited
liability corporation, CONCORD WILSHIRE
CAPITAL, LLC, a Florida limited liability
corporation also known as Concord Communique,
LLC, SHARON HABIBI, an individual

                Defendants.
_____/

**ORDER**

This matter comes before the Court on Defendant's Motion to Strike Paragraph 35 of Amended Complaint (Doc. #31) filed on September 13, 2010.  Plaintiff filed a Response (Doc. #32) on September 14, 2010.  In its Response, Plaintiff informs the Court that upon review of Defendants' Motion to Strike and upon discussion with Defendants' Counsel, Plaintiff does not oppose the entry of an Order striking Paragraph 35 of the First Amended Complaint.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Strike Paragraph 35 of Amended Complaint (Doc. #31) is **GRANTED**. Paragraph 35 of the Amended Complaint is hereby striken.

**DONE AND ORDERED** at Fort Myers, Florida, this  16th   day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record